**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Michael Colucci and Sara Lynn Colucci, by her Personal Representative Michael F. A. Colucci, Respondents,

v.

Northwood Academy and Wilcomp Software, LLC d/b/a RenWeb, Defendants,

Of whom Wilcomp Software, LLC d/b/a RenWeb is the Appellant.

Appellate Case No. 2016-001868

Appeal From Charleston County
J. C. Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2018-UP-309
Submitted June 1, 2018 – Filed July 5, 2018

**AFFIRMED**

Brian Morris Knowles, of Knowles Law Firm, PC, of Summerville; and Derek A. Aldridge, of Perry, Guthery, Haase & Gessford, PC, of Lincoln, Nebraska, for Appellant.

Barry Krell, Jerry Nicholas Theos, and Jeffrey Wayne Buncher, Jr., all of Uricchio, Howe, Krell, Jacobson,

Toporek, Theos & Keith, PA, of Charleston, for Respondents.

---

**PER CURIAM:** Wilcomp Software, LLC d/b/a RenWeb appeals the circuit court's order denying its motion to vacate a settlement agreement and granting Michael Colucci's motion to enforce a settlement agreement. We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *Pye v. Estate of Fox*, 369 S.C. 555, 565, 633 S.E.2d 505, 510 (2006) ("Generally, an issue must be raised to and ruled upon by the circuit court to be preserved."); *Elam v. S.C. Dep't of Transp.*, 361 S.C. 9, 24, 602 S.E.2d 772, 780 (2004) (noting a party must file a Rule 59(e), SCRCP, motion "when an issue or argument has been raised, but not ruled on, in order to preserve it for appellate review").

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.